UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE ENSIGN-BICKFORD COMPANY, )<br>)<br>)<br>Plaintiff,  )<br>v. )<br>)<br>ETI CANADA, INC. and AMERICAN EAST )<br>EXPLOSIVES, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO. **3:02CV1712 (RNC)**<br><br><br>JANUARY 14, 2004 |

### MOTION TO WITHDRAW APPEARANCE OF CLAIRE E. RYAN

Pursuant to Rule 7 (e) of the Local Rules of the United States District Court, District of Connecticut, Claire E. Ryan, Esq., hereby moves to withdraw her appearance filed on behalf of Defendants ETI Canada, Inc. and American East Explosives, Inc. ("Defendants") in the above captioned matter. In support of this Motion, the undersigned states as follows:

1. I am an associate with the law firm of Cummings & Lockwood, LLC.

2. I entered an appearance on behalf of Defendants on October 17, 2002 in addition to the appearance entered for David A. Reif, Esq.

3. As of October 1, 2003, David A. Reif, Esq. is no longer a principal of Cummings & Lockwood, LLC. Mr. Reif is now affiliated with the law firm of McCarter & English LLP. Mr. Reif has notified the Court of this change in employment.

4. Defendants have recently retained McCarter & English LLP to represent them in connection with this action. As such, Defendants have asked Cummings & Lockwood LLC to cease its representation of them in connection with this matter.

5. McCarter & English, LLP and David A. Reif, Esq. will continue to adequately represent the Defendants' interests in this action.

6. As indicated in the attached certification, a copy of this Motion has been sent to the Defendants.

WHEREFORE, the undersigned moves that her Appearance be withdrawn.

THE DEFENDANTS,
ETI CANADA INC. AND AMERICAN
EAST EXPLOSIVES INC.
BY THEIR ATTORNEYS,

*/s/ Claire E. Ryan*

Claire E. Ryan (ct 22145)
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Tel: (203) 327-1700
Fax: (203) 351-4535
E-mail: cryan@cl-law.com

A. Christopher Young (ct 23344)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
E-mail: youngac@pepperlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing MOTION TO WITHDRAW APPEARANCE upon all parties to this matter by depositing a true copy of the same in the United States mail, postage prepaid this 14th day of January, 2004 to:

Dina S. Fisher, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

David F. Wentzel, Esq.
Robert S. O'Meara, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

David A. Reif, Esq.
McCarter & English LLP
Cityplace I
185 Asylum Street, 36th Floor
Hartford, CT 06103-3495

A. Christopher Young, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

**Via Registered Mail**
Mr. Joseph Hunnisett, President
ETI Canada, Inc.
American East Explosives, Inc.
350 DuPont Road
North Bay, Ontario
Canada, P1B8K2

CLAIRE E. RYAN (ct22145)

.StmLib1:1044131.1 01/14/04