02CV1712 mtnwdatty 1

#45

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE ENSIGN-BICKFORD COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:02CV1712 (RNC) |
| ETI CANADA, INC. and AMERICAN EAST EXPLOSIVES, INC., | ) ) ) ) |
| Defendants. | ) JANUARY 14, 2004 |

So ordered.
Robert N. Chatigny, U.S.D.J.
Granted.
January 21, 2004.

**MOTION TO WITHDRAW APPEARANCE OF MENA J. BONAZZOLI**

Pursuant to Rule 7 (e) of the Local Rules of the United States District Court, District of Connecticut, Mena J. Bonazzoli, Esq., hereby moves to withdraw her appearance filed on behalf of Defendants ETI Canada, Inc. and American East Explosives, Inc. ("Defendants") in the above captioned matter. In support of this Motion, the undersigned states as follows:

1. I am an associate with the law firm of Cummings & Lockwood, LLC.

2. I entered an appearance on behalf of Defendants on April 22, 2003 in addition to the appearance entered for David A. Reif, Esq.

3. As of October 1, 2003, David A. Reif, Esq. is no longer a principal of Cummings & Lockwood, LLC. Mr. Reif is now affiliated with the law firm of McCarter & English LLP. Mr. Reif has notified the Court of this change in employment.

FILED 2004 JAN 22 A 7:05 U.S. DISTRICT COURT HARTFORD, CT.