UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE ENSIGN-BICKFORD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-1712 (RNC) |
| v. | ) | |
| | ) | |
| ETI CANADA, INC. and AMERICAN EAST EXPLOSIVES, INC., | ) | |
| | ) | |
| Defendants. | ) | September 9, 2004 |

## APPEARANCE

Please enter my appearance as counsel for the Defendants, ETI Canada, Inc. and American East Explosives, Inc., in the above-entitled action.

Dated at Hartford, Connecticut this 9th day of September, 2004.

> DEFENDANTS
> BY McCARTER & ENGLISH, LLP
> THEIR ATTORNEYS
>
> By: _____
> Jason C. Welch (CT 23418)
> City Place I, 36th Floor
> Hartford, CT 06103-3495
> 860.275.6700
> jwelch@mccarter.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was mailed, postage prepaid, this 9th day of September, 2004, to the following parties and counsel of record:

Dina S. Fisher, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597

David F. Wentzel, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

A.  Christopher Young, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103-2799


_____
Jason C. Welch (CT 23418)


HARTFORD: 622686.01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE ENSIGN-BICKFORD COMPANY,<br><br>         Plaintiff<br><br>v.<br><br>ETI CANADA, INC. and AMERICAN EAST EXPLOSIVES, INC.,<br><br>         Defendants | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 3:02CV1712(RNC)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO STAY

The parties, plaintiff, Ensign-Bickford Company ("EBCo"), and defendants, ETI Canada, Inc. and American East Explosives, Inc. (hereinafter collectively referred to as "ETI"), hereby move this Court to stay all proceedings herein pending the resolution, in whole or in part, of an underlying personal injury action against EBCo venued in Illinois State Court. In support of their motion, the parties aver as follows:

1. The instant matter was commenced by the filing of a Complaint for Declaratory Judgment by EBCo on September 24, 2002. EBCo's Complaint sought a declaration as to its right to a defense and indemnity from ETI under a Confidential Manufacturing and License Agreement (hereinafter "Agreement"). More specifically, EBCo sought a defense and indemnity against the personal injury claims alleged against it by Jose and Maria Barajas in the Illinois Circuit Court of Cook County. *See* the Declaratory Judgment Complaint attached hereto as Exhibit "A" at ¶¶ 12 and 13.

2. On October 31, 2002, ETI filed a Motion to Dismiss the Declaratory Judgment Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) because the Barajas case had not reached a verdict or judgment and a determination of the parties' liability under the

Agreement was premature. ETI argued that there was no actual case or controversy which would allow this Court to exercise subject matter jurisdiction over the dispute.

3.  On January 29, 2003, this Court denied the Motion to Dismiss after a telephone hearing, concluding that it was appropriate to exercise the Court's jurisdiction to provide declaratory relief "given the nature of the parties' dispute, and the need for a prompt resolution." *See* Ensign-Bickford Co. v. ETI Canada, Inc., 297 F. Supp. 2d 450, 451 fn.1 (D. Conn. 2003).

4.  On March 3, 2003, ETI filed its Answer and Affirmative Defenses to the Declaratory Judgment Complaint denying that it owed a defense and indemnity to ETI under the Agreement for the claims of Jose Barajas.

5.  On March 31, 2003, EBCo filed its Motion for Summary Judgment claiming that it was entitled to a defense and indemnity for the Barajas claim under the Agreement as a matter of law.

6.  On December 31, 2003, this Court denied EBCo's Motion for Summary Judgment. Id.

7.  The Court ruled that under the Agreement, "ETI's duty to indemnify EBCo depends on whether the product was manufactured in accordance with ETI's specifications. *See* 297 F. Supp. 2d at 453.

8.  The parties submit that it would be reasonable to wait until the Barajas case is resolved, in whole or in part, whether by trial or otherwise, before undertaking any further proceedings in this declaratory judgment action. None of the litigants would suffer any prejudice from a stay of this action.

      9.      Once the <u>Barajas</u> case is resolved, in whole or in part, one or both of the parties will advise the Court and request either that a schedule be set for pretrial activity and for trial, or that the action be withdrawn.

      **WHEREFORE**, Ensign-Bickford Company, ETI Canada, Inc. and American East Explosives, Inc. respectfully request this Court grant their Motion to Stay this matter pending the resolution, in whole or in part, of the underlying <u>Barajas</u> claim.

| | |
|---|---|
| By: _[signature]_<br>Dina S. Fisher, Esquire<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, CT, 06103-3597<br>Tel: (860) 275-8237<br>Fax: (860) 275-8299<br>dfisher@rc.com | Respectfully submitted,<br><br>By: _[signature]_<br>~~David A. Reif (ct00244)~~ Jason L. Welch (CT 23418)<br>McCARTER & ENGLISH<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103<br>Tel: (860) 275-~~7001~~ 6775<br>Fax: (860) 560-5945<br>~~dreif@mccarter.com~~ JWELCH@MCCARTER.COM |
| David F. Wentzel, Esquire<br>MCDERMOTT, WILL & EMERY<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Tel: (312) 984-7789<br>Fax: (312) 984-3689<br>dwentzel@mwe.com | A. Christopher Young (ct23344)<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750<br>youngac@pepperlaw.com |
| Attorneys for Plaintiff<br>Ensign-Bickford Company | Attorneys for Defendants,<br>ETI Canada, Inc. and American<br>East Explosives, Inc. |

Date:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE ENSIGN-BICKFORD COMPANY,<br><br>      Plaintiff<br><br>v.<br><br>ETI CANADA, INC. and AMERICAN EAST EXPLOSIVES, INC.,<br><br>      Defendants | CIVIL ACTION NO. **302CV1712(RNC)** |

## ORDER

**AND NOW**, this _____ day of _____, 2004, upon consideration of the Joint Motion to Stay this matter, it is hereby ordered that said Motion is **GRANTED** and this matter is stayed for all purposes pending notification by the parties that the underlying claim of <u>Jose and Marie Barajas v. Ensign-Bickford Company, et al.</u> in the Illinois Circuit Court of Cook County has been resolved or for good cause shown.

BY THE COURT:

_____
Chatigny, J.

## CERTIFICATE OF SERVICE

I, David Reif, hereby certify that on September 9, 2004 a true and correct copy of the foregoing Joint Motion to Stay this matter was served via first-class mail, postage prepaid, upon the following:

>   Dina S. Fisher, Esquire
>   Robinson & Cole LLP
>   280 Trumbull St
>   Hartford, CT, 06103-3597
>
>   David F. Wentzel, Esquire
>   McDermott, Will & Emery
>   227 West Monroe Street
>   Chicago, IL 60606-5096
>
>   A. Christopher Young
>   Pepper Hamilton LLP
>   3000 Two Logan Square
>   18th & Arch Streets
>   Philadelphia, PA 19103-2799

_____
~~David Reif, Esquire~~
Jason Welch