UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 15  A 8:30

U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| THE ENSIGN-BICKFORD COMPANY, | : | |
| Plaintiff, | : | |
| V. | : | CASE NO. 3:02CV1712 (RNC) |
| ETI CANADA, INC. and AMERICAN EAST EXPLOSIVES, INC., | : | |
| Defendants. | : | |

### ENDORSEMENT RULING

The parties' Joint Motion to Stay all proceedings herein pending the resolution, in whole or in part, of an underlying personal injury action against plaintiff in Illinois State Court is denied (Doc. # 48). Rather than hold this case open indefinitely, it will be closed administratively without prejudice to reopening on notice filed within 60 days of the final resolution, by judgment or otherwise, of the state personal injury action. The Clerk may close the file.

So ordered.

Dated at Hartford, Connecticut this 14th day of September 2004.

Robert N. Chatigny
United States District Judge